UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

JACQUELINE E. SWINDELL

        Plaintiff,

v.

ALBERTO GONZALEZ

        Defendant.

Case No.: 06-1963

## AFFIDAVIT

I, Debbie Kurtz, hereby depose and state that I served the Defendant Alberto Gonzalez, Attorney General of the United States in the above captioned case a copy of the Summons and Complaint, at his place of business 950 Pennsylvania Avenue, N.W., Washington, D.C. 20530, dated December 11, 2006, Registered Mail, return receipt requested that it was delivered and signed for by a person of suitable age and discretion.

_____
Debbie Kurtz
SWICK & SHAPIRO, P.C.
1225 Eye Street, N.W., #1290
Washington, D.C. 20005
(202) 842-0300

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Alberto Gonzalez
   U.S. Attorney General
   950 Pennsylvania Avenue, NW
   Washington, D.C. 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)   B. Date of Delivery

C. Signature
   X _[signature]_   DEC 11 2006
   ☐ Agent
   ☐ Addressee

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Copy from service label)

   7000 0600 0029 3006 3929

PS Form 3811, July 1999    Domestic Return Receipt    102595-99-M-1789