UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

JACQUELINE E. SWINDELL

        Plaintiff,

v.

ALBERTO GONZALEZ

        Defendant.

Case No.: 06-1963

## AFFIDAVIT

I, Debbie Kurtz, hereby depose and state that I served the Defendant Kenneth L. Wainstein, Interim U.S. Attorney for the District of Columbia in the above captioned case a copy of the Summons and Complaint, at his place of business 555 Fourth Street, N.W., Washington, D.C. 20001, dated December 12, 2006, Registered Mail, return receipt requested that it was delivered and signed for by a person of suitable age and discretion.

Debbie Kurtz
SWICK & SHAPIRO, P.C.
1225 Eye Street, N.W., #1290
Washington, D.C. 20005
(202) 842-0300

-1-

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by *(Please Print Clearly)* | B. Date of Delivery |
| | C. Signature *Ernest H. Parker*<br>X   DEC 1 2 2006 | ☐ Agent<br>☐ Addressee |
| 1. Article Addressed to:<br><br>Kenneth L. Wainstein<br>Interim U.S. Atty for the<br>District of Columbia<br>Judiciary Center<br>555 Fourth Street, N.W.<br>Washington, D.C. 20001 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:  ☐ No | |
| | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered       ☒ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D. | |
| | 4. Restricted Delivery? *(Extra Fee)*        ☐ Yes | |
| 2. Article Number *(Copy from service label)*  7000 0600 0029 3006 3936 | | |

PS Form 3811, July 1999     Domestic Return Receipt     102595-99-M-1789