UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Jacqueline E. Swindell,** : | |
| : | |
| **Plaintiff,** : | |
| v. : | |
| : | C.A. No. 06-1963 (RWR) |
| **Alberto Gonzalez,** : | |
| **Defendant.** : | |
| : | |

**CONSENT NOTICE TO EXTEND DEADLINE TO EXCHANGE
INITIAL DISCLOSURES**

      This Court ordered the parties to exchange initial disclosures 30 days after the conclusion of mediation.  The parties have agreed to consider July 13, 2007 as the conclusion date because our second mediation session was cancelled that day with the understanding that the parties had reached an impasse in negotiations.  Thus, initial disclosures are currently due on or before August 13, 2007.  However, plaintiff's counsel will be out of town for the week before the deadline and anticipates that she will need additional time to complete her initial disclosures.  Thus, the parties have agreed to extend the time to exchange initial disclosures by five business days, to and including Tuesday, August 21, 2007.

      Respectfully submitted,

        /s/
Ellen K. Renaud
D.C. Bar # 479376
Richard L. Swick
D.C. Bar # 936930
SWICK & SHAPIRO, P.C.
1225 Eye Street, N.W., Suite 1290
Washington, DC 20005
(202) 842-0300

Attorney for Plaintiff