UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JACQUELINE SWINDELL,                ) <br>                                          ) <br>     Plaintiff,                  ) <br>                                          ) <br>         v.                          ) <br>                                          ) <br>ALBERTO GONZALES,              ) <br>   Attorney General, United    ) <br>   States Department of Justice,  ) <br>                                          ) <br>     Defendant.                ) <br>_____) | C.A. No. 06-1963 (RWR) |

**JOINT MOTION TO AMEND SCHEDULING ORDER**

        The parties to the above action join in moving the Court, pursuant to Rule 7, Fed. R. Civ. P., to amend the Scheduling Order of May 31, 2007, and extend the discovery deadline from November 9, 2007 up to and including January 25, 2008.

        The grounds in support of this Motion are as follows:

        1.) In accordance with the Court's Scheduling Order, the parties to this action promptly exchanged initial disclosures and written discovery shortly after the initial status conference.

        2.) Both parties have served discovery requests and are currently engaged in responding to the opposing party's discovery requests.

        3.) Due to the demanding case loads of each party's counsel, the parties expect that more time than was originally contemplated will be needed to complete discovery.

4.)   Accordingly, they join in moving the Court to extend the discovery cut-off date in this action from November 9, 2007, until January 25, 2008.[1]

WHEREFORE, the parties join in moving the Court to amend the Scheduling Order and extend the discovery deadline up to and including January 25, 2008.

Respectfully submitted,

| | |
|---|---|
| \_\_\_\_\_/s/_____ <br> Ellen Kyriacou Renaud <br>   D.C. Bar No. 479376 <br> SWICK & SHAPIRO <br> 1225 Eye Street, NW <br> Suite 1290 <br> Washington, D.C. 20005 <br> Phone (202) 955-6968 <br><br><br> Counsel For Plaintiff | \_\_\_\_\_/s/_____ <br> Jeffrey A. Taylor <br> D.C. Bar No. 498610 <br> United States Attorney <br><br> _____/s/_____ <br> Rudolph Contreras <br> Assistant United States Attorney <br> D.C. Bar No. 434122 <br><br> _____//s//_____ <br> MICHELLE N. JOHNSON, <br> D.C. BAR # 491910 <br> Assistant United States Attorney <br> United States Attorney's Office <br> Civil Division <br> 555 4th Street, N.W. <br> Washington, D.C. 20530 <br> (202) 514-7139 <br><br> Counsel For Defendant |

---

[1] The Court's Scheduling Order set a status conference for November 30, 2007.  The parties have conferred and are available for a rescheduled status conference any time during the month of February, with the exception of February 15th through the 25th and the morning of February 29th.

2

```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

| | |
|---|---|
| **JACQUELINE SWINDELL,**            ) | |
|                                     ) | |
|     **Plaintiff,**                  ) | |
|                                     ) | **C.A. No. 06-1963 (RWR)** |
|         v.                          ) | |
|                                     ) | |
| **ALBERTO GONZALES,**               ) | |
|   **Attorney General, United**      ) | |
|   **States Department of Justice,** ) | |
|                                     ) | |
|     **Defendant.**                  ) | |
| _____) | |

## [PROPOSED] ORDER

This matter having come before the Court on the parties' Joint Motion to Amend Scheduling Order, and it appearing in the interests of justice that the motion be granted, it is hereby

**ORDERED** that the parties' Joint Motion to Amend Scheduling Order is **GRANTED**.  It is further

**ORDERED** that discovery in this case shall close on January 25, 2008.  It is further

**ORDERED** that the status conference scheduled for November 30, 2007, is hereby **VACATED**.  A status conference will be held on February, ____, 2008, at _____ a.m./p.m.


   **SO ORDERED** on this _____ day of _____, 2007.


                                  _____
                                  RICHARD W. ROBERTS
                                  UNITED STATES DISTRICT JUDGE