UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JACQUELINE SWINDELL, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | C.A. No. 06-1963 (RWR) |
|       v. ) | |
| ) | |
| ALBERTO GONZALES, ) | |
|   Attorney General, United ) | |
|   States Department of Justice, ) | |
| ) | |
|    Defendant. ) | |
| ) | |

**JOINT MOTION TO AMEND SCHEDULING ORDER**

The parties to the above action join in moving the Court, pursuant to Rule 6(b), Fed. R. Civ. P., to amend the Scheduling Order of May 31, 2007, and extend the discovery deadline from January 25, 2008 up to and including March 10, 2008.

The grounds in support of this Motion are as follows:

1.)  In accordance with the Court's Scheduling Order, the parties to this action promptly exchanged initial disclosures and written discovery shortly after the initial status conference.

2.)  Both parties have served discovery requests and have responded to the opposing party's discovery requests.

3.)  Due to the demanding case loads of each party's counsel, the parties expect that more time than was originally contemplated will be needed to complete discovery.  In particular, the parties have been in the process of scheduling depositions, but due to the limited availability of counsel and the witnesses, additional time for these depositions to occur is needed.

4.)   Accordingly, the parties join in moving the Court to extend the discovery cut-off date in this action from January 25, 2008, up to and including March 10, 2008.[1]

WHEREFORE, the parties join in moving the Court to amend the Scheduling Order and extend the discovery deadline up to and including March 10, 2008.

Respectfully submitted,

| /s/ | /s/ |
|---|---|
| Ellen Kyriacou Renaud | Jeffrey A. Taylor |
| D.C. Bar No. 479376 | D.C. Bar No. 498610 |
| SWICK & SHAPIRO | United States Attorney |
| 1225 Eye Street, NW | |
| Suite 1290 | |
| Washington, D.C. 20005 | /s/ |
| Phone (202) 955-6968 | Rudolph Contreras |
| | Assistant United States Attorney |
| | D.C. Bar No. 434122 |
| Counsel For Plaintiff | |
| | //s// |
| | MICHELLE N. JOHNSON, |
| | D.C. BAR # 491910 |
| | Assistant United States Attorney |
| | United States Attorney's Office |
| | Civil Division |
| | 555 4th Street, N.W. |
| | Washington, D.C. 20530 |
| | (202) 514-7139 |
| | |
| | Counsel For Defendant |

---

[1] The Court previously scheduled a post-discovery status hearing for February 1, 2008. The parties are available for a status conference any day during the weeks of March 17th and 24th, with the exception of the morning of March 26th.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JACQUELINE SWINDELL,           )<br>                                )<br>     Plaintiff,                )<br>                                )     C.A. No. 06-1963 (RWR)<br>        v.                      )<br>                                )<br>ALBERTO GONZALES,               )<br>   Attorney General, United    )<br>   States Department of Justice,)<br>                                )<br>     Defendant.                 )<br>_____) | |

### [PROPOSED] ORDER

This matter having come before the Court on the parties' Joint Motion to Amend Scheduling Order, and it appearing in the interests of justice that the motion be granted, it is hereby

**ORDERED** that the parties' Joint Motion to Amend Scheduling Order is **GRANTED**. It is further

**ORDERED** that discovery in this case shall close on March 10, 2008. It is further

**ORDERED** that the status conference scheduled for February 1, 2008, is hereby **VACATED**. A status conference will be held on March, ____, 2008, at _____ a.m./p.m.

**SO ORDERED** on this _____ day of _____, 2008.

_____
RICHARD W. ROBERTS
UNITED STATES DISTRICT JUDGE