UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JACQUELINE SWINDELL,              )
                                  )
    Plaintiff,                    )
                                  )
        v.                        )   C.A. No. 06-1963 (RWR)
                                  )
ALBERTO GONZALES,                 )
    Attorney General, United      )
    States Department of Justice, )
                                  )
    Defendant.                    )
_____)

**FILED**

JAN 2 8 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

<u>ORDER</u>

This matter having come before the Court on the parties' Joint Motion to Amend Scheduling Order, and it appearing in the interests of justice that the motion be granted, it is hereby

**ORDERED** that the parties' Joint Motion to Amend Scheduling Order is **GRANTED**. It is further

**ORDERED** that discovery in this case shall close on March 10, 2008. It is further

**ORDERED** that the status conference scheduled for February 1, 2008, is hereby **VACATED**. A status conference will be held on March, 18, 2008, at 9:15 a.m./~~p.m.~~

**SO ORDERED** on this 25th day of January, 2008.

_____
RICHARD W. ROBERTS
UNITED STATES DISTRICT JUDGE