UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Jacqueline E. Swindell,** : | |
| : | |
| **Plaintiff,** : | |
| v. : | |
| : | C.A. No. 06-1963 (RWR) |
| **Alberto Gonzalez,** : | |
| **Defendant.** : | |
| : | |

**CONSENT NOTICE FOR PLAINTIFF TO DEPOSE SIX DEFENSE WITNESSES**

This Court ordered that the parties were limited to five depositions each. Plaintiff has taken four depositions and would like to depose an additional two witnesses. These two witnesses may have participated in the selection decision at issue in this case. Defense counsel has agreed to permit these two additional depositions.

Respectfully submitted,

/s/
Ellen K. Renaud
D.C. Bar # 479376
Richard L. Swick
D.C. Bar # 936930
SWICK & SHAPIRO, P.C.
1225 Eye Street, N.W., Suite 1290
Washington, DC 20005
(202) 842-0300

Attorney for Plaintiff