UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JACQUELINE SWINDELL, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ALBERTO GONZALES, )<br>  Attorney General, United )<br>  States Department of )<br>  Justice, )<br>)<br>Defendant. )<br>&#8203;&#8203;&#8203;&#8203;&#8203;&#8203;&#8203;&#8203;&#8203;&#8203;&#8203;&#8203;&#8203;&#8203;&#8203;&#8203;&#8203;&#8203;&#8203;&#8203;&#8203;&#8203;&#8203;&#8203;&#8203;&#8203;&#8203;&#8203;&#8203;&#8203;&#8203;&#8203;&#8203;&#8203;&#8203;&#8203;&#8203;&#8203;&#8203;&#8203;&#8203;&#8203;&#8203;&#8203;&#8203;&#8203;) | C.A. No. 06-1963 (RWR) |

**NOTICE TO THE COURT REGARDING ASSIGNMENT OF THIS MATTER TO A MAGISTRATE JUDGE FOR ALL PURPOSES**

Pursuant to the Court's oral directive made during the status conference held in this matter on March 18, 2008, defendant hereby gives notice that he does not consent to the assignment of this case to a magistrate judge for all purposes.

Respectfully submitted,

   /s/ Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

   /s/ Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

   /s/ Michelle N. Johnson
MICHELLE N. JOHNSON, D.C. BAR # 491910
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W. – Room E4212
Washington, D.C. 20530

```
                    (202) 514-7139

              COUNSEL FOR DEFENDANT
```