IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JACQUELINE SWINDELL,                    )
                                        )
        Plaintiff,                      )
                                        )        C.A. No. 06-1963 (RWR)
            v.                          )
                                        )
ALBERTO GONZALES,                       )
   Attorney General, United            )
   States Department of Justice,       )
                                        )
        Defendant.                      )
_____)

### JOINT MOTION TO RESCHEDULE STATUS HEARING

The parties to the above action join in moving the Court to reschedule the status conference currently scheduled for May 29, 2008, at 9:15 a.m.  The grounds in support of this Motion are as follows:

1.)  In accordance with the Court's Order referring this matter to Magistrate Judge Robinson for mediation, the parties have been engaged in mediation discussions.

2.)  On May 13, 2008, the parties attended a mediation session with Magistrate Judge Robinson.  Subsequent to that time, the parties have continued their discussions, and have had conference calls with Magistrate Judge Robinson on May 20th and May 28th.

3.)  During the call today, May 28th, the parties determined that additional time would be useful in attempting to resolve this matter.  Accordingly, Magistrate Judge Robinson has scheduled a further status conference for Monday, June 2nd at 4:30 p.m.

4.)  For these reasons, the parties ask this Court to reschedule the status conference scheduled for tomorrow, May 29th, at 9:15 a.m. so

1

they may determine if this matter can be resolved.  In the event this matter does not settle, the parties can be available for a further status hearing during the week of June 9th (except after 3:30 p.m. on June 9th and the entire day on June 12th); or June 16th (except the mornings of June 17th and June 19th).



Respectfully submitted,


| | |
|---|---|
| _____/s/_____ | _____/s/_____ |
| Ellen Kyriacou Renaud | Jeffrey A. Taylor |
| D.C. Bar No. 479376 | D.C. Bar No. 498610 |
| SWICK & SHAPIRO | United States Attorney |
| 1225 Eye Street, NW | |
| Suite 1290 | |
| Washington, D.C. 20005 | _____/s/_____ |
| Phone (202) 955-6968 | Rudolph Contreras |
| | Assistant United States Attorney |
| | D.C. Bar No. 434122 |
| Counsel For Plaintiff | |
| | _____//s//_____ |
| | MICHELLE N. JOHNSON, |
| | D.C. BAR # 491910 |
| | Assistant United States Attorney |
| | United States Attorney's Office |
| | Civil Division |
| | 555 4th Street, N.W. |
| | Washington, D.C. 20530 |
| | (202) 514-7139 |
| | |
| | Counsel For Defendant |

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JACQUELINE SWINDELL, | ) |
| | ) |
|     Plaintiff, | ) |
| | )      C.A. No. 06-1963 (RWR) |
|         v. | ) |
| | ) |
| ALBERTO GONZALES, | ) |
|   Attorney General, United | ) |
|   States Department of Justice, | ) |
| | ) |
|     Defendant. | ) |
| _____ | ) |

**[PROPOSED] ORDER**

This matter having come before the Court on the parties' Joint Motion to Reschedule Status Hearing, and it appearing in the interests of justice that the motion be granted, it is hereby

**ORDERED** that the parties' Joint Motion to Reschedule Status Hearing is **GRANTED.** And it is further

**ORDERED** that the status hearing scheduled for May 29, 2008 at 9:15 a.m. is hereby **VACATED.** A status conference will be held on June _____, 2008, at _____ a.m./p.m.

**SO ORDERED** on this _____ day of _____, 2008.

_____
RICHARD W. ROBERTS
UNITED STATES DISTRICT JUDGE