UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Jacqueline E. Swindell, | : |
|       Plaintiff, | : |
| v. | : |
| Alberto Gonzalez, | :    C.A. No. 06-1963 (RWR) |
|       Defendant. | : |

**Notice of Appearance**

The Clerk of the Court will please enter the appearance of Richard L. Swick as co-counsel for the plaintiff in the above captioned case.

Respectfully submitted,

Richard L. Swick
D.C. Bar # 936930
Ellen K. Renaud
D.C. Bar # 479376
SWICK & SHAPIRO, P.C.
1225 Eye Street, N.W., Suite 1290
Washington, DC 20005
(202) 842-0300
(202) 842-1418 (facsimile)

Attorneys for Plaintiff