UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JACQUELINE SWINDELL, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | C.A. No. 06-1963 (RWR) |
|       v. ) | |
| ) | |
| ALBERTO GONZALES, ) | |
|   Attorney General, United ) | |
|   States Department of Justice, ) | |
| ) | |
|    Defendant. ) | |
| ) | |

**JOINT STATUS REPORT**

    Pursuant to the Court's oral directive given at the status hearing held in this case on June 10, 2008, the parties to the above action join in filing this status report.

    1.) Plaintiff filed her complaint in this Court on November 16, 2006. Since the filing of her complaint, the parties have engaged in discovery, and discovery in this matter closed on March 10, 2008.

    2.) Since the close of discovery, the parties have engaged in settlement discussions with Magistrate Judge Robinson. While these discussions were fruitful, the parties have unfortunately been unable to resolve their dispute.

    3.) Accordingly, the parties ask that the Court issue a briefing schedule to govern the filing of dispositive motions. The parties propose the following schedule: defendant will file his motion for summary judgment on or before July 24, 2008; plaintiff will file her opposition to the motion on or before August 25, 2008; and defendant

1

will file his reply brief on or before September 8, 2008. A proposed order incorporating this schedule is attached.

Respectfully submitted,

| | |
|---|---|
| _____/s/_____ <br> Ellen Kyriacou Renaud <br>   D.C. Bar No. 479376 <br> SWICK & SHAPIRO <br> 1225 Eye Street, NW <br> Suite 1290 <br> Washington, D.C. 20005 <br> Phone (202) 955-6968 <br><br><br> Counsel For Plaintiff | _____/s/_____ <br> Jeffrey A. Taylor <br> D.C. Bar No. 498610 <br> United States Attorney <br><br> _____/s/_____ <br> Rudolph Contreras <br> Assistant United States Attorney <br> D.C. Bar No. 434122 <br><br> _____//s//_____ <br> MICHELLE N. JOHNSON, <br> D.C. BAR # 491910 <br> Assistant United States Attorney <br> United States Attorney's Office <br> Civil Division <br> 555 4th Street, N.W. <br> Washington, D.C. 20530 <br> (202) 514-7139 <br><br> Counsel For Defendant |

```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA


JACQUELINE SWINDELL,            )
                                )
    Plaintiff,                  )
                                )    C.A. No. 06-1963 (RWR)
       v.                       )
                                )
ALBERTO GONZALES,               )
  Attorney General, United      )
  States Department of Justice, )
                                )
    Defendant.                  )
_____)
```

### [PROPOSED] ORDER

This matter having come before the Court on the parties' Joint Status Report, and it appearing that the parties jointly seek a schedule for the filing of dispositive motions, it is hereby

**ORDERED** that the Court's referral of this matter to mediation is hereby terminated.  And it is further

**ORDERED** that defendant may file his motion for summary judgment on or before July 24, 2008.  And it is further

**ORDERED** that plaintiff may file an opposition to defendant's motion on or before August 25, 2008.  And it is further

**ORDERED** that defendant may file his reply brief on or before September 8, 2008.


    **SO ORDERED** on this _____ day of _____, 2008.


                                                   _____
                                                   RICHARD W. ROBERTS
                                                   UNITED STATES DISTRICT JUDGE