IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JACQUELINE E. SWINDELL, ) | |
| ) | |
| Plaintiff, ) | Civil Action No.: 06-1963 (RWR) |
| ) | |
| v. ) | |
| ) | |
| MICHAEL MUKASEY, ) | |
| Attorney General, ) | |
| United States Department of Justice, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME
TO FILE HIS MOTION FOR SUMMARY JUDGMENT**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, defendant, through counsel, respectfully moves this Court for a one-week enlargement of time to file his motion for summary judgment. In support of this motion, defendant states the following:

1.   At the status hearing held in this matter on June 10, 2008, the Court ordered the parties to file a joint status report on or before June 24, 2008. The parties subsequently filed their joint status report indicting that they had been unable to resolve their dispute and proposing a briefing schedule for the filing of dispositive motions.

2.   Pursuant to the parties' agreement, defendant's dispositive motion was to be filed on July 24, 2008; plaintiff's opposition was to be filed on August 25, 2008; and defendant's reply was to be filed on September 8, 2008.

3.   Counsel has been in discussions with agency counsel regarding the defendant's dispositive motion. However, due to agency counsel's and defense counsel's work demands,

additional time is required to finalize defendant's motion for summary judgment.  Accordingly, defendant requests that the Court grant defendant up to and including July 31, 2008, in which to file defendant's motion for summary judgment.  Plaintiff would then have until September 2, 2008 to file her opposition to defendant's motion and defendant would file his reply on September 16, 2008.

4. Pursuant to LCvR 7(m), counsel for defendant contacted plaintiff's counsel concerning this motion.  Plaintiff's counsel has indicated that she does not oppose the relief sought herein.

Dated: July 22, 2008

                              Respectfully submitted,

                                 /s/ Jeffrey A. Taylor
                              JEFFREY A. TAYLOR, D.C. BAR # 498610
                              United States Attorney

                                 /s/ Rudolph Contreras
                              RUDOLPH CONTRERAS, D.C. BAR #  434122
                              Assistant United States Attorney

                                 /s/ Michelle N. Johnson
                              MICHELLE N. JOHNSON, D.C. BAR # 491910
                              Assistant United States Attorney
                              United States Attorney's Office
                              Civil Division
                              555 4th Street, N.W. – Room E4212
                              Washington, D.C. 20530
                              (202) 514-7139

                              COUNSEL FOR DEFENDANT

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **JACQUELINE E. SWINDELL,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**MICHAEL MUKASEY,** )<br>Attorney General, )<br>United States Department of Justice, )<br>)<br>Defendant. )<br>)<br>) | Civil Action No.: 06-1963 (RWR) |

**[PROPOSED] ORDER**

This matter having come before the Court on Defendant's Unopposed Motion for an Enlargement of Time to File His Motion for Summary Judgment, and it appearing that the grant of the motion would be in the interests of justice, it is hereby

**ORDERED** that Defendant's Unopposed Motion for an Enlargement of Time to File His Motion for Summary Judgment is hereby **GRANTED**. And it is further

**ORDERED** that the briefing for dispositive motions shall be as follows:

Defendant's Motion for Summary Judgment will be filed by July 31, 2008;

Plaintiff's Response in Opposition to Defendant's Motion for Summary Judgment will be filed by September 2, 2008; and

Defendant's Reply will be filed by September 16, 2008.

**SO ORDERED** on this \_\_\_\_ day of _____, 2008.

_____
RICHARD W. ROBERTS
United States District Judge