```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

_____
                              )
**JACQUELINE E. SWINDELL,**    )
                              )
    Plaintiff,             )
                              )
    v.                     )   Civil Action No. 06-1963 (RWR)
                              )
**ALBERTO R. GONZALES,**       )
                              )
    Defendant.             )
_____)

### ORDER

Counsel for both parties notified the Court by telephone on July 29, 2008, that the parties have reached a settlement in principle. In light of that representation, it is hereby

ORDERED that this case shall be dismissed without prejudice for thirty days. It is further

ORDERED that any party may, within thirty days from entry of this Order, reopen this case upon motion approved by the Court. It is further

ORDERED that if no party moves to reopen this case within thirty days, this case shall, without further order, stand dismissed with prejudice.

SIGNED this 29 day of July, 2008.

                                          /s/
                                RICHARD W. ROBERTS
                                United States District Judge